USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 12/17/2018

**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 14, 2018

By ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Coleman, 17 Cr. 736 (ER)

Hon. Judge Ramos,

With consent of the government (through Hadassa Waxman), I write to request a modification of one bail conditions and ask that Mr. Coleman's travel restriction (SDNY/EDNY) be modified so that he is able to travel from New York to New Jersey, Pennsylvania and Connecticut.

Thank you for considering this request.

Respectfully submitted,

/s/
Sabrina P. Shroff
Assistant Federal Defender

So Endorsed: _____ 12/17/18
Hon. Edgardo Ramos
United States District Judge
Southern District of New York

cc: All Counsel